BEFORE THE THIRD DIVISION, OCTOBER 22, 1943

**No. 48912.**—Protests 102506–K, etc., of Continental Grain Co. et al. (Cleveland and Portland, Oreg.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.